CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

4/28/2025

LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
    DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 6:98CR40059 |
| v. | ORDER |
| BRIAN HEATH DOSS, | JUDGE NORMAN K. MOON |
| *Defendant.* | |

Brian Heath Doss's Motion pursuant to 18 U.S.C. § 3582(c)(1)(A) (Dkt. 217) is denied for the reasons stated in the accompanying memorandum opinion.

The Clerk of Court is directed to send a copy of this Order to the parties.

Entered this 28th day of April 2025.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE